Argued and submitted November 22, 1985, petition for judicial review dismissed January 29, reconsideration denied April 11, petition for review allowed June 18, 1986
(301 Or 240)

1000 FRIENDS OF OREGON,
*Petitioner,*

*v.*

LAND CONSERVATION AND DEVELOPMENT
COMMISSION et al,
*Respondents.*

(84-ACK-136; CA A33832)

713 P2d 684

Richard P. Benner, Portland, argued the cause and filed the brief for petitioner.

Kendall M. Barnes, Assistant Attorney General, Salem, argued the cause for respondent Land Conservation and Development Commission. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Kenneth S. Eiler, Seaside, argued the cause and filed the brief for respondent Clatsop County.

Before Richardson, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM

**PER CURIAM**

Petitioner seeks review of LCDC's acknowledgment order for Clatsop County's comprehensive plan and land use regulations. We dismiss because petitioner failed to file a timely petition for review.

LCDC issued an acknowledgment order on August 3, 1984, erroneously stating that a prior LCDC review of the county's plan had occurred on September 25, 1984. The county, by letter, pointed out that the correct date was September 25, 1981. LCDC issued a corrected order on September 7, 1984, correcting the typographical error; the corrected order was otherwise the same as the original. Petitioner filed its petition for judicial review on November 5, 1984, more than 60 days after the original acknowledgment order.

An amended order does not extend the time allowed to seek review unless the amendment materially alters rights or obligations under the original order or creates a right to review where one did not previously exist. *See Mullinax and Mullinax,* 292 Or 416, 425-26, 639 P2d 628 (1982). LCDC's amended order in this case corrected a clerical error in the statement of historical facts that did not create or alter any rights or obligations. Petitioner failed to file for review within 60 days of the original order. *See* ORS 183.482(1) and ORS 197.650.

Petition for judicial review dismissed.